UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 11 CIV. 4460

Inez Cain a.k.a. Eve Halliburton

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

___ Civ. _____ (__)(__)

-against-

Simon & Schuster, Inc. Pocket Books, Louise Burke an individual, Karen Hunter Publishing, Inc., Karen Hunter an individual, Charles Suitt an individual, Suitt-Hunter Enterprises, LLC

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**REQUEST TO PROCEED IN FORMA PAUPERIS**

I, Inez Cain, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   n/a

   *[RECEIVED JUN 16 2011 PRO SE OFFICE stamp]*

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

   8/2/11 through 11/14/10

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   NYS Unemployment

   a) Are you receiving any public benefits?   ☒ No    ☐ Yes, $_____
   b) Do you receive any income from any other source?   ☐ No   ☒ Yes, $355.00/wk

*Rev. 05/2007*                                 1

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☐ No.    ☑ Yes, $ 88.00.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☑ No.    ☐ Yes, $ _____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☐ No.    ☑ Yes, $1075.00/mo – Rent

7. List the person(s) that you pay money to support and the amount you pay each month.

   n/a

8. State any special financial circumstances which the Court should consider.

   I support my daughter who is a senior in college. I claim her as a dependent.

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16th day of June, 11.
           date              month    year

_____
Signature

Rev. 05/2007                    2