UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

CAIN                                                                Docket Number: 11 CV 4460 (SAS)

       -against-                                         NOTICE OF ASSIGNMENT
                                                             (PRO-SE)

SIMON & SCHUSTER
-------------------------------------------------------

The above-entitled action is:

---

[  ] Declined by Hon.
       As  [  ]Related/ [  ] Similar to case #:

---

[ X ] Assigned to the Hon. SHIRA A. SCHEINDLIN (SAS)
    [ X ] Designated / [  ] Redesignated Hon. HENRY B. PITMAN (HBP),
    Magistrate Judge

---

[  ] Accepted by Hon.         as [  ] Related/ [  ] Similar to case #:
    [  ] Designated   [  ] Redesignated Hon.                ,Magistrate Judge

---

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Assignment on all defendants.

                                                                                Ruby J. Krajick
                                                                                Clerk of Court

Dated: 08/01/2011                                             By:     PHYLLIS ADAMIK
                                                                                                        Deputy Clerk