UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

INEZ CAIN aka EVE HALLIBURTON,

            Plaintiff/Petitioner(s),

-against-

SIMON & SCHUSTER, INC. et al.,

           Defendant/Respondent(s).

------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 29, 2011
```

ORDER GRANTING IFP APPLICATION

11 Civ. 4460 (UA)

LORETTA A. PRESKA, Chief United States District Judge:

    Leave to proceed in this Court without payment of fees is authorized. 28 U.S.C. § 1915.

    SO ORDERED:

                                         _____
                                         LORETTA A. PRESKA
                                        Chief United States District Judge

Dated: July 29, 2011
       New York, New York