UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INEZ CAIN aka EVE HALLIBURTON,

      Plaintiff,

 -against-

SIMON & SCHUSTER, INC.; POCKET
BOOKS; LOUISE BURKE an individual;
KAREN HUNTER PUBLISHING, INC.;
KAREN HUNTER, an individual; CHARLES
SUITT an individual; SUITT-HUNTER
ENTERPRISES, LLC,

      Defendant.
------------------------------------------------------------X

**ORDER OF SERVICE**

11 Civ. 4460 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

    The Clerk of Court is directed to issue a Summons in this action and Plaintiff is directed to serve the Summons and Complaint upon each Defendant within 120 days of the issuance of the Summons. If service has not been made within the 120 days, and Plaintiff has not requested an extension of time to serve within that 120 days, the Complaint may be dismissed for failure to prosecute, pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure.

SO ORDERED:

Shira A. Scheindlin
United States District Judge

Dated: New York, New York
   August 2, 2011