UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INEZ CAIN a/k/a EVE HALLIBURTON,

    Plaintiff,

-against-

SIMON & SCHUSTER, INC., POCKET BOOKS, LOUISE BURKE, KAREN HUNTER PUBLISHING, INC., KAREN HUNTER, CHARLES SUITT, SUITT-HUNTER ENTERPRISES, LLC,

    Defendants.

Case No. 11-CV-4460 (SAS)

ECF CASE

SCHEDULING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/12

SHIRA A. SCHEINDLIN, District Judge,

    Defendant Simon & Schuster Inc. ("S&S") intends to file a motion to dismiss the Amended Complaint that was filed on March 2, 2012 in this case. Accordingly, I am entering the following scheduling order.

    IT IS HEREBY ORDERED that S&S's motion to dismiss shall be submitted by **April 18, 2012**. Opposition papers shall be submitted by **May 16, 2012**, and reply papers shall be submitted by **May 30, 2012**.

Dated: New York, New York
       March 21, 2012

                                             SHIRA A. SCHEINDLIN
                                             United States District Judge