UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INEZ CAIN a/k/a EVE HALLIBURTON,<br><br>               Plaintiff,<br><br>-against-<br><br>SIMON & SCHUSTER, INC. and KAREN HUNTER,<br><br>               Defendants. | Case No. 11-CV-4460 (SAS)<br><br><u>CERTIFICATE OF SERVICE</u> |

      Michael Goettig, an attorney duly admitted to the United States District Court for the Southern District of New York, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      1.     I am an attorney with the firm of Vedder Price P.C., attorneys for the defendant Simon & Schuster, Inc..

      2.     On April 18, 2012, I caused copies of the foregoing **NOTICE OF MOTION** and **MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS THE AMENDED COMPLAINT** to be served upon the plaintiff Inez Cain a/k/a Eve Halliburton by a) causing the same to be electronically filed with the Southern of New York's ECF system, thereby guaranteeing that counsel appearing in this action receive copies of same via the ECF automated notification system; and b) causing the same to be sent via first class mail to:

      Brian Dratch
      Franzblau Dratch P.C.
      233 Broadway, Suite 2701
      New York, NY 10279

      and

Russell M. Yankwitt
Yankwitt & McGuire, LLP
140 Grand Street
White Plains, NY 10601.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on April 18, 2012.          By:     */s/ Michael Goettig*
                                             Michael Goettig (MG 3771)