UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INEZ CAIN a/k/a EVE HALLIBURTON,<br><br>　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>SIMON & SCHUSTER, INC. and KAREN HUNTER,<br><br>　　　　　　　　　Defendants. | Case No. 11-CV-4460 (SAS)<br><br>ECF CASE<br><br>**NOTICE OF MOTION** |

**TO:**　Brian Dratch
　　　　Franzblau Dratch P.C.
　　　　233 Broadway, Suite 2701
　　　　New York, NY 10279

　　　　Russell M. Yankwitt
　　　　Yankwitt & McGuire, LLP
　　　　140 Grand Street
　　　　White Plains, NY 10601

**PLEASE TAKE NOTICE** that the undersigned attorneys for the defendant Simon & Schuster, Inc. ("S&S") will apply before the Honorable Judge Shira A. Scheindlin of the Southern District of New York at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York, in Courtroom 15-C, at a time to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the amended complaint with prejudice as asserted against S&S on the grounds that it fails to state a claim upon which relief may be granted. In support of this motion, S&S relies upon the accompanying Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's March 21, 2012 Scheduling Order, answering papers, if any, are to be filed and served by May 16, 2011; and reply papers, if any, are to be filed and served by May 30, 2012.

Dated: New York, New York.
April 18, 2012

Respectfully submitted,

VEDDER PRICE P.C.

By: /s/ Laura Sack
Laura Sack
Michael Goettig
1633 Broadway
47th Floor
New York, New York  10019
+1 (212) 407-7700
+1 (212) 407-7799

*Attorneys for Defendant*
*Simon & Schuster, Inc.*