UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INEZ CAIN a/k/a EVE HALLIBURTON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>SIMON & SCHUSTER, INC. and KAREN HUNTER,<br><br>　　　　　　　　　　Defendants. | Case No. 11-CV-4460 (SAS)<br><br>ECF CASE<br><br>**NOTICE OF MOTION** |

**TO:**　Brian Dratch, Esq.
　　　　Franzblau Dratch P.C.
　　　　233 Broadway, Suite 2701
　　　　New York, NY 10279

　　　　Laura Sack, Esq.
　　　　Michael Goettig, Esq.
　　　　Vedder Price, P.C.
　　　　1633 Broadway, 47th Floor
　　　　New York, NY 10019

**PLEASE TAKE NOTICE** that the undersigned attorneys for the defendant Karen Hunter ("Ms. Hunter") will apply before the Honorable Judge Shira A. Scheindlin of the Southern District of New York at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 15-C, at a time to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Amended Complaint with prejudice as asserted against Ms. Hunter on the grounds that it fails to state a claim upon which relief may be granted.  In support of this motion, Ms. Hunter relies upon the accompanying Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's March 21, 2012 Scheduling Order, answering papers, if any, are to be filed and served by May 16, 2011; and reply papers, if any, are to be filed and served by May 30, 2012.

2

Dated: White Plains, New York
April 18, 2012

                              Respectfully submitted,

                              YANKWITT & McGUIRE, LLP

                       By: */s/ Russell M. Yankwitt*
                              Russell M. Yankwitt
                              140 Grand Street, Suite 501
                              White Plains, New York  10601
                              Tel: (914) 686-1500
                              Fax: (914) 801-5930
                              *Attorneys for Defendant Karen Hunter*