**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**INEZ CAIN a/k/a EVE HALLIBURTON,**

      **Plaintiff,**

   **-against-**

**SIMON & SCHUSTER, INC. and KAREN**
**HUNTER,**

      **Defendants.**

---

Case No. 11-CV-4460 (SAS)

**CERTIFICATE OF SERVICE**

  Russell M. Yankwitt, an attorney duly admitted to the United States District Court for the Southern District of New York, declares under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true and correct:

  1.  I am an attorney with the firm of Yankwitt & McGuire, LLP, attorneys for the defendant Karen Hunter.

  2.  On April 18, 2012, I caused copies of the foregoing **NOTICE OF MOTION** and **MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS THE AMENDED COMPLAINT** to be served upon the plaintiff Inez Cain a/k/a Eve Halliburton by a) causing the same to be electronically filed with the Southern District of New York's ECF system, thereby guaranteeing that counsel appearing in this action receive copies of same via the ECF automated notification system; and b) causing the same to be sent via first class mail to:

  Brian Dratch, Esq.
  Franzblau Dratch P.C.
  233 Broadway, Suite 2701
  New York, New York 10279

Laura Sack, Esq.
Michael Goettig, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  White Plains, New York
         April 18, 2012

Respectfully submitted,

YANKWITT & McGUIRE, LLP

By: _/s/ Russell M. Yankwitt_____
     Russell M. Yankwitt
